UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-00250 |
| v. | ) | 3:10-00026 |
| | ) | 3:10-00033 |
| | ) | JUDGE CAMPBELL |
| STEPHEN WAYNE BLANKS | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Re-Open Or Other Appropriate Remedy In Light Of <u>Descamps v. U.S.</u> 133 S.Ct. 2276 (2013) Clarifying The Modified Categorical Approach (M.C.A.), filed in the above-styled cases. The Government shall file a response to the Motion on or before July 3, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE