UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) No. 3:08-00250
v. )   3:10-00026
)   3:10-00033
) JUDGE CAMPBELL
STEPHEN WAYNE BLANKS )

ORDER

Pending before the Court is the Defendant's Motion For Reconsideration Of Motion To Re-Open Or Other Appropriate Remedy In Light Of <u>Descamps v. U.S.</u> 133 S.Ct. 2276 (2013), filed in the above-styled cases. The Government shall file a response to the Motion on or before August 28, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE