UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-00250 |
| v. | ) | 3:10-00026 |
| | ) | 3:10-00033 |
| | ) | JUDGE CAMPBELL |
| STEPHEN WAYNE BLANKS | ) | |

## ORDER

Pending before the Court are the Defendant's Motion For Reconsideration Of Motion To Re-Open Or Other Appropriate Remedy In Light Of <u>Descamps v. U.S.</u> 133 S.Ct. 2276 (2013), filed in the above-styled cases, and the Government's Response.

Through the Motion, the Defendant requests that the Court reconsider its earlier Order denying his Motion To Re-Open Or Other Appropriate Remedy In Light Of <u>Descamps v. U.S.</u> 133 S.Ct. 2276 (2013) Clarifying The Modified Categorical Approach (M.C.A.) because he was not able to present additional arguments in a reply brief before the Court entered its order. Those arguments are set forth in the pending Motion, and the Court has fully considered them and found them to be without merit. Accordingly, the Defendant's Motion For Reconsideration is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE